LOUIS DI ANGELO, APPELLANT, v. GEORGE B. KEENAN, RESPONDENT.

Submitted May 31, 1935—Decided October 9, 1935.

For the appellant, *Ernest S. Glickman* and *Philip Windkos.*

For the respondent, *David T. Wilentz,* attorney-general.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Trenchard, Parker, Case, Bodine, Donges, Perskie, Van Buskirk, Hetfield, Dear, Wells, WolfsKeil, Rafferty, JJ. 14.

*For reversal*—None.